UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HOWARD COHAN,**

        **Plaintiff,**

v.                          Case No: 6:24-cv-2041-PGB-RMN

**R&B OVIEDO RESTAURANT LLC,**

        **Defendant.**
_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed November 27, 2024. (Doc. 12). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant R&B Oviedo Restaurant LLC are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on December 2, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties

Case 6:24-cv-02041-PGB-RMN   Document 13   Filed 12/02/24   Page 2 of 2 PageID 121